**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>　　　　Respondent/Plaintiff,<br><br>vs.<br><br>Anthony Schneider,<br><br>　　　　Petitioner/Defendant. | Case No. 3:16-cr-00005-LRH-CLB<br><br>**MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO THE GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFEDNANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT CONVICTION AND SENTENCE UNDER 28 U.S.C. § 2255 [ECF 127]**<br>**AND ORDER THEREON** |

　　　Petitioner/Defendant, ANTHONY SCHNEIDER, by and through his attorney of record, THOMAS L. QUALLS, ESQ., moves this court for a 30 day enlargement of time from this date, up to and including May 11, 2020, within which to file his Reply to the Government's Response in Opposition to Defendant's Motion to Vacate, Set Aside, or Correct Conviction and Sentence under 28 U.S.C. 2255. [ECF No. 127].

1

This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is the first enlargement of time sought by Petitioner/Defendant in this matter and is brought in good faith.

RESPECTFULLY SUBMITTED this __9th__ day of April, 2020.

/s/ Thomas L. Qualls          .
THOMAS L. QUALLS, ESQ.
Attorney for Petitioner/Defendant,
ANTHONY SCHNEIDER

**ORDER**

IT IS HEREBY ORDERED that Petitioner/Defendant shall have to and until May 11, 2020, by which to file a reply to the government response (ECF No. 127) in regards to Petitioner/Defendant's Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 123).

IT IS SO ORDERED.

DATED this 16th day of April, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE