RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Anthony Schneider

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Anthony Schneider,<br><br>　　　　Defendant. | Case No. 3:16-cr-00005-HDM-CLB-1<br>ORDER GRANTING<br>**Joint Stipulation Regarding a Reduction in Sentence** |

　　In compliance with Second Amended General Order 2023-09, the parties, Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Anthony Schneider, file this Joint Stipulation.

　　The parties state as follows:

　　1.　　Undersigned counsel and government counsel have determined that Mr. Schneider qualifies for a sentence reduction under United States Sentencing Guidelines Amendment 821 and have reached an agreement regarding a proposed sentencing reduction.

2. Defense counsel has spoken to the defendant. The defendant consents to the proposed sentencing reduction detailed below. The defendant waives any right to appear telephonically or in person at a hearing, should this Court find a hearing is necessary.

3. On September 28, 2017, this Court sentenced Mr. Schneider to 164 months' incarceration. ECF Nos. 106, 109. Mr. Schneider was in CHC III with a total offense level of 26, which yielded a sentencing guideline range of 78-97 months. He was sentenced to the low-end of 78 months on Counts 1, 3-4, & 7, and 84 months on Count 8 to be served consecutive to the other counts for a total sentence of 162 months. *Id.* at 109. Under the amended Guidelines, the parties have determined that Mr. Schneider is in CHC II with a total offense level of 26 which yields a guideline range of 70-87 months on Counts 1, 3-4, & 7.

4. Consistent with U.S.S.G. § 1B1.10, the parties are proposing Mr. Schneider's sentence be amended to 70 months on Counts 1, 3-4 & 7 which would result in a total sentence of 156 months.

DATED this 2nd day of July, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Nisha Brooks-Whittington*<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By */s/ Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   v.<br><br>Anthony Schneider,<br><br>        Defendant. | Case No. 3:16-cr-00005-HDM-CLB-1<br><br>**ORDER** |

    The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10.

    IT IS THEREFORE ORDERED that the parties' proposed amended sentence is accepted. Pursuant to Second Amended General Order 2023-09, an AO247 form reflecting the amended sentence will be filed. Although the parties' stipulation states the total sentence will be 156 months, the total sentence will actually be 154 months.

    Dated this 12th day of July, 2024

 

_____
UNITED STATES DISTRICT JUDGE